**Harlan BROWN et al., Appellants,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 11, 1957.

Robert H. Hutchison, Hurt & Hutchison, Columbia, for appellants.

Jo M. Ferguson, Atty. Gen., John B. Browning, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Russell Circuit Court, Honorable R. C. Tarter, Special Judge.

The movants, Harlan Brown and J. D. Murray, were convicted of the common law offense of criminal conspiracy and each of them sentenced to serve twelve months imprisonment in jail and pay a fine of $5,000.

We find no error in the record. Motion for an appeal denied, and

Judgment affirmed.